# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:20-cv-450-TSE-MSN ) |
| pru.com, a domain name, | ) ) |
| and | ) ) |
| FRANK ZHANG, | ) ) |
| Defendants. | ) |

## ORDER TO PUBLISH NOTICE OF ACTION

The matter before the Court is Plaintiff's Motion to Publish Notice of Action. Upon consideration of Plaintiff's submission, it is hereby ORDERED:

1. That a copy of this order be published in either *The Washington Times* or *The Washington Post* within fourteen (14) days after entry of this Order;

2. That, within twenty-one (21) days after entry of this Order, Plaintiff file a declaration providing the steps taken to comply with this Order;

3. That Plaintiff shall serve a copy of this Order on the following email addresses:

   pru.com@domainsbyproxy.com
   2850639920@qq.com
   zhang@bailun.com
   zhang@pru.com
   admin@pru.com
   postmaster@pru.com
   qiang.gao@landinglawyer.com

4. That Defendant pru.com is hereby advised:

1

a. Plaintiff has filed a Complaint against pru.com, alleging a violation of the Anticybersquatting Consumer Protection Act. A copy of the Complaint may be obtained from Plaintiff's counsel, Mark Partridge, Partridge Partners, 321 North Clark Street, Suite 720, Chicago, Illinois 60654, telephone (312) 634-9501.

b. In the event Plaintiff prevails, potential remedies include forfeiture or cancellation of pru.com, the transfer of pru.com to Plaintiff, monetary damages, and/or attorneys' fees;

c. Any answer or response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria division, 401 Courthouse Square, Alexandria, Virginia 22314-5798, within twenty-one (21) days from the date of publication of this Order in either *The Washington Times* or *The Washington Post*. In the event that neither a pleading or appearance is filed as this Order requires, this Court may enter a judgment against pru.com, which could include the above-mentioned remedies;

5. That the foregoing steps shall be deemed to constitute service of the Complaint on Defendant pru.com pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii).

Entered this 5th day of May, 2020.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge