Date: 09/11/2020          Judge: Michael S. Nachmanoff
                          Reporter: FTR

Start: 10:01 am
Finish: 10:54 am

Civil Action Number: 1:20cv450

The Prudential Insurance Company of America

vs.

Frank Zhang, et al.

Appearances of Counsel for (✗) Pltf (✗) Deft
( ) Matter is uncontested
Motion to/for:

#30 – Plaintiff's Motion for Default Judgment Against Defendant pru.com — Denied

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

#45 - motion to w/d - Granted - (atty Vangellow)

#34 motion to set aside default - Granted
#36 motion for extension of time to answer - (Answer to be filed w/in 7 days) Granted. Costs+fees accessed as noted in open court

( ) Report and Recommendation to Follow
(✗) Order to Follow  Pltf's counsel allowed 7 days to file affidavit, objs 7 days thereafter

Defense counsel to correctly note claimant in future pleadings