UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**PRU.COM,**<br>**a domain name,**<br><br>                    **Defendant.** | Case No. 1:20-cv-450 TSE/MSN |

## ORDER

THIS MATTER comes before the Court on the Consent Motion to Withdraw filed by Paul Vangellow, Esquire, on behalf of pru.com. For the reasons stated in open court and for good cause shown, the Motion is hereby

GRANTED and Paul Vangellow, Esquire, is withdrawn as local counsel in this matter.

September 11, 2020
Alexandria, Virginia

_____/s/_____
The Honorable Michael S. Nachmanoff
United States Magistrate Judge