**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, )<br><br>  Plaintiff, )<br>v. )<br><br>pru.com, a domain name, )<br><br>  Defendant. ) | Case No. 1:20-cv-450-TSE-MSN |

**ORDER**

This matter comes before the Court on plaintiff's Motion for Default Judgment against defendant pru.com (Dkt. No. 30), defendant's Motion to Set Aside Default (Dkt. No. 24) and defendant's Motion for Leave to File Answer Out of Time (Dkt. No. 36). A hearing was held on September 11, 2020 at 10:00 a.m. with counsel for both parties present via videoconference. After hearing the arguments of counsel and upon review of the pleadings and the record, and for the reasons stated in open court, it is hereby

ORDERED that the Plaintiff's Motion for Default Judgment is DENIED, and it is further

ORDERED that the Motion to Set Aside Default is GRANTED. In addition, it is further

ORDERED that the Motion for Leave to File Answer Out of Time is GRANTED and, consistent with defense counsel's representations in open court and this Court's instructions on the record, Shenzhen Stone is directed to file an Answer as claimant for the domain name

<pru.com> within seven (7) days of the date of this Order; and it is further

ORDERED that fees and costs are assessed against claimant Shenzhen Stone, Frank Zhang, and counsel jointly for the reasons stated in open court. Plaintiff's counsel shall provide information regarding reasonable fees and costs associated with the preparation of the motion for default judgment to opposing counsel within seven (7) days. If there is an objection to the reasonableness of the fees and costs, any objection shall be filed with the Court within seven (7) days of receipt of the fees and costs. The Court will resolve any objection on the papers.

It is so ORDERED.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

September 11, 2020
Alexandria, Virginia