UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>pru.com, *a domain name*, and Frank Zhang,<br><br>Defendants. | Case No. 1:20-cv-450-TSE-MSN<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Frank Zhang ("Zhang" or "Defendant"), hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 22, 2020 (ECF No. 26) denying in part and granting in part Zhang's motion to dismiss pursuant to Fed. R. Civ. P. 12 and denying Zhang's motion to transfer pursuant to 28 U.S.C. § 1404(a).

Dated: July 15, 2021

By Counsel

_____/s/_____
David C. Deal
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
Tel: (434) 233-2727
Email: david@daviddeal.com

LEWIS & LIN, LLC

David D. Lin, Esq. (*Pro Hac Motion to be submitted*)
Justin Mercer, Esq. (Admitted *Pro Hac Vice*)
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Email: David@iLawco.com
         justin@iLawco.com

1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that true copies of the foregoing were served by ECF upon the following:

Nicholas M. DePalma (VSB 72886)
Kevin Weigand (VSB 81073)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Tel: (703) 905-1455
Fax: (703) 821-8949
nmdepalman@venable.com


Mark V.B. Partridge
Charles G. Giger
Partridge Partners PC
321 North Clark Street, Suite 720
Chicago, IL  60654
Tel: (312) 634-9501
mark@partridgepartnerspc.com
charlie@partridgepartnerspc.com

Counsel for Plaintiff

Date: July 15, 2021                 _____/s/_____
                                    David C. Deal
                                    The Law Office of David C. Deal, P.L.C.
                                    P.O. Box 1042
                                    Crozet, VA 22932
                                    Tel: (434) 233-2727
                                    Email: david@daviddeal.com